Prepared by State Reporter from Appeal Papers

*Richard S. Newcombe, District Attorney (Thomas F. Thornton* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

---

SAMUEL SULTAN, Respondent, *v.* JULIUS CORN, Appellant.

*Appeal — unanimous affirmance of interlocutory judgment, of order denying motion to modify interlocutory judgment and of final judgment entered thereon — appeal without permission dismissed.*

*Sultan* v. *Corn*, 223 App. Div. 716, appeal dismissed.

(Submitted June 4, 1928; decided June 12, 1928.)

MOTION to dismiss an appeal from three orders of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1927, February 24, 1928, and March 30, 1928, the first of which unanimously affirmed an interlocutory judgment in an action for specific performance, the second of which unanimously affirmed an order of Special Term denying a motion for a modification of the interlocutory judgment and the third of which unanimously affirmed a final judgment in favor of plaintiff.

The motion was made upon the ground that permission to appeal had not been obtained.

*Benjamin H. Margolies* for motion.

*Samuel L. Miller* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

ROSENBLUM REALTY Co., INC., Appellant, *v.* HERMAN KNEPPER, Respondent, Impleaded with Another.

(Submitted June 4, 1928; decided June 12, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 566.)